# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARVIN B. STRODE, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) CASE NO.   14-851-SCW ) |
| EAST ST. LOUIS PARK DISTRICT, | ) ) |
| Defendant(s). | ) ) ) |

## JUDGMENT IN A CIVIL CASE

. **IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on December 28, 2015 (Doc. 64) and Stipulation of Dismissal filed on February 2, 2016 (Doc. 65) the above-captioned action is **DISMISSED** with prejudice.

**DATED** this 22nd day of July, 2016

                                                                JUSTINE FLANAGAN, ACTING CLERK

                                                                BY: */s/ Angela Vehlewald*
                                                                        Deputy Clerk


**Approved by**   */s/ Stephen C. Williams*
           **United States Magistrate Judge**
           **Stephen C. Williams**